UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14 CR 372 JAR (DDN) |
| DOMINIC J. PAVIA, | ) ) ) |
| Defendant. | ) |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its Attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

The Government asserts:

1) Because of defendant's present charge, there is a presumption that no conditions of bond can ensure the community's safety.
Defendant is charged with Receipt of Child Pornography in violation of Title 18, USC, Section 2252A(a)(2).

Title 18, U.S.C. Section 3142(e) states that:

Subject to rebuttal by the person, it shall be presumed that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community if the judicial officer finds that there is probable cause to believe that the person committed an offense...involving a minor victim under section...2251...

Defendant cannot show that there is any condition or combination of conditions that will assure the safety of the community.

WHEREFORE, the Government respectfully requests that the Court order the defendant to be detained pending trial.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


*s/Robert F. Livergood*____   ____
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney
111 South 10th Street, Rm. 20.333
St. Louis, Missouri  63102
314-539-2200