FILED

NOV - 2 2023

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S1-4:14CR-372 JAR |
| DOMINIC J. PAVIA, | ) ) ) |
| Defendant. | ) |

## SUPERSEDING INFORMATION

### COUNT ONE
### Possession of Child Pornography

The United States Attorney charges that:

At all times pertinent to the charges in this indictment:

1.   Federal law defined the term

  (a)   "minor" to mean any person under the age of eighteen years (18 U.S.C. §2256(1));

  (b)   "sexually explicit conduct" to mean actual or simulated--

    (i)   sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

    (ii)   bestiality,

    (iii)   masturbation,

    (iv)   sadistic or masochistic abuse, or

    (v)   lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. §2256(2)(A));

1

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C. §2256(6));

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

(A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

(C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct. (18 U.S.C. §2256(8)).

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about January 1, 2010, and on or about April 26, 2011, within the Eastern District of Missouri and elsewhere,

**DOMINIC J. PAVIA,**

the defendant herein, did knowingly possess material that contained an image of child pornography that was produced using materials that traveled in interstate and foreign commerce, to wit, a Hewlett Packard Laptop Computer, said electronic device having been produced outside of Missouri and therefore having traveled in interstate and foreign commerce, and said electronic device contained child pornography, including by not limited to, the following:

1)       "0251450355587388.JPG," a graphic image file located in the file path "/Users/DPavia/Documents/FrostWire/Saved/Toddlers, babies, little girls phtc pics/Reanna/renna/" that depicts a prepubescent minor female performing oral sex on an adult male.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

    Respectfully Submitted.

    SAYLER FLEMING
    United States Attorney

    */s/ Dianna R. Collins*
    DIANNA R. COLLINS, #59641MO
    Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

    I, Dianna R. Collins, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

                                                  */s/ Dianna R. Collins*
                                                 DIANNA R. COLLINS, #59641MO

Subscribed and sworn to before me this __2nd__ day of November 2023.



                                                 Gregory J. Linhares
                                                 CLERK, U.S. DISTRICT COURT

                                              By:   /s/Jason W. Dockery
                                                       DEPUTY CLERK