UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  4:14-CR-372 JAR |
| DOMINIC PAVIA, | ) |
| Defendant. | ) |

# GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Dianna R. Collins, Assistant United States Attorney for said District, and responds to the Defendant's Objections to the Presentence Report [DCD 48] in the order in which they were asserted as follows:

1. This assertion is fact based and best determined by the probation officer.

2. Mr. Pavia and counsel have access to the discovery in this matter.  The discovery provides the correct number of images and video files, along with all file names. Considering this information is readily attainable to the defendant, this objection (to the extent there is an actual objection) should be denied.

3. The Government will provide victim information.

4. The Government will provide restitution information.

5. The Government agrees with the defendant in that the 2011 Sentencing

1

Guidelines should be applied.

6.  The Government supports the addition of two points for knowingly engaging in distribution in Paragraph 38 of the Presentence Report.  Mr. Pavia's conduct meets the definition of "distribution" as defined in Section 2G2.1 of the 2011 United States Sentencing Commission's Commentary.  The Government will provide testimony at the Sentencing Hearing to support this Specific Offense Characteristic.

7.  With the addition of the two points for knowingly engaging in distribution, the Total Offense Level is 30.

8.  This assertion is fact based and best determined by the probation officer.

9.  The Government agrees with the defendant in that the 2011 Sentencing Guidelines should be applied.

    Respectfully submitted:

    SAYLER A. FLEMING
    United States Attorney

    *s/Dianna R. Collins*
    DIANNA R. COLLINS, 59641MO
    Assistant United States Attorney
    111 S. 10th Street, Room 20.333
    St. Louis, Missouri 63102
    (314) 539-2200

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

                                                s/ *Dianna R. Collins*
                                                DIANNA R. COLLINS, #59641 MO
                                                Assistant United States Attorney