JACK L. CROUGHAN, INC.
JACK L. CROUGHAN, M.D.
GENERAL PSYCHIATRY
UNIVERSITY CLUB TOWER
SUITE 970
1034 SOUTH BRENTWOOD BOULEVARD
SAINT LOUIS, MISSOURI 63117
(314) 725-4004

January 27, 2012

Law Offices of Wolff & D'Agrosa, LLC
Paul D'Agrosa
7710 Carondelet #200
St. Louis, MO 63105

RE: Dominic Pavia

Dear Mr. D'Agrosa,

Mr. Pavia asked me to write to you regarding his psychiatric visits with me. I evaluated him initially on November 1, 2011 and have also seen him subsequently on 11/28/11 and 12/30/11. He is next due to seen me on 1/27/12. As a result of the above sessions I have diagnosed him as having Attention Deficit Disorder (314.00), Obsessive-Compulsive disorder (300.3) and dysthymia (chronic low grade depression) (300.4). It is my understanding from him that he is coming before the Missouri Bar for a review of his character because of an arrest last spring for Internet-based child pornography. His viewings of pornographic materials go back to mid-adolescence and took place also in college. He had stopped for a number of years until he and his spouse separated in late summer 2010 and he relapsed in response to that stress until his arrest. He denies any other inappropriate sexual behaviors relating to children, indicating he has never done any inappropriate touching of children nor engaged in any actual sexual behaviors with minors. He says that now and historically he never was at risk for any such behaviors as he never wanted to do anything with minors per se.

He does see me for medication management for treatment of the three disorders already referenced above. He also sees Mr. Patrick Fleming for counseling and is to obtain psychological testing including forensic psychosexual testing with Mike Armour. He attends 2-3 12-Step meetings per week related to his issues and he has a 12-Step-recovery sponsor with whom he speaks at least a few times per week. He feels much better and more at peace with himself then he has in a long time, now that he's receiving therapeutic help and able to more openly talk about his issues and related shame. His parents, including his father who is an attorney, have been very supportive of his efforts to rehabilitate himself.

He indicates he's not engaged in any viewing of pornography now for about eight months and reports he feels much better now that he's not involved with that anymore.

It's my considered medical opinion that with ongoing treatment and proper supervision he can lead a successful personal and professional life if allowed to do so. I am available to you, to Mr. Pavia, and the Missouri Bar as well as any other Missouri State entities such as the Office of Chief Disciplinary Council of the Missouri Supreme Court to participate in such treatment and supervision should those be recommended.

If you have any questions in this matter, please do not hesitate to contact me at my office at (314) 725-4004.

Sincerely,

Jack L. Croughan, M.D.

JLC/keb

21248.1.12