**Rachel McGuire**

**From:** Beatrice Pavia <beatricepavia1@gmail.com>
**Sent:** Thursday, January 18, 2024 2:11 PM
**To:** clientcare
**Subject:** court services statement for client Dominic Pavia

Hello,

This is the support statement for Dominic Pavia from his mother, Beatrice Pavia.

My name is Beatrice Pavia, and I am the mother of Dominic (Nick) Pavia. My life has been dedicated to maintaining a close family life, as well as serving throughout my professional career as a high school teacher and later, a writer and editor of magazines and other publications.

Nick took his spot in our home with a simple phone call the morning of May 12, 1982, when Catholic Social Services said it would place him with our family. In those days, four-plus decades ago, generally no prior indication was given of an impending decision, and we were overjoyed to gather him the very next day. We proudly honored him with the same name as three preceding generations in his new family, and he was warmly welcomed by us, the broader reach of our relatives, and our closely knit neighborhood.

I think it is fair to say that Nick grew up in a very stable and loving home. His father and I were very involved in his school and activities, and very cognizant that, while being exposed to a multitude of experiences, each child should develop his or her own talents and interests. Dominic read voraciously, liked school, served as an altar boy, and enjoyed Boy Scouts (even becoming an Eagle Scout while in high school). He showed an early aptitude for music, beginning with the violin in fourth grade and eventually transferring to saxophone in order to play in the middle school jazz band, where he served as first chair. He liked to visit museums and learned to sail while in elementary school. He was very curious and analytical; I think most of his peers would say he was among the most intellectually talented in the class. He was also known for a kind and sweet nature with not a mean bone in his body, as many teachers, friends, and family members would attest.

Nick has an unusual combination of compassion and leadership which has endeared him to many people throughout his life. He served as the "medic" on long Boy Scout adventures, offering sage advice, kindnesses, and physical aid to scared, lonely, or exhausted pals. As a teen, he was the summer pool manager in a difficult neighborhood, as his superiors knew he could be counted on for his cool head and friendly demeanor. He was sought out as a study partner in graduate school, and later, his management efforts were appreciated by underlings in professional settings. He is known for always lending an ear to friends in need and his steadiness in difficult situations.

Nick also possesses a great sense of fairness and justice. He showed this throughout his life, from monitoring disputes on school playgrounds as a child to protecting the rights of workers as an adult through his involvement with unions and labor law.

Despite all of the positive points of Nick's character, he did face challenges. After somewhat tumultuous teen years and a very difficult time in college, we eventually discovered through extensive testing that he has attention deficit disorder; we might have learned this earlier but for the fact that his high intellect offered many avenues for him to maintain good grades. Once he received proper medication, he successfully completed college and later received a scholarship to attend Washington University School of Law. However, previous self-medicating coping mechanisms had set in, which we had warned him about, with deleterious effects.

I mention all of this to say that I am not a mother blinded to the failings of a child, and am fully aware that Nick has committed grievous offenses, offenses which no one who knows him can reconcile with the other positive aspects of his character. We could not have been more deeply shocked at what has transpired, and so very, very sorry. But I would like to ask the court's indulgence, in considering his sentence, to being open to the good things in his makeup. When he has turned to counseling and reflection, he has benefited greatly and truly wants to rid himself of demons. When he learned he had ADD, he said, "Now I think I can be the student I truly believed I could be, and could not understand why I wasn't." When he underwent psychological treatment after his arrest, he was relieved to learn he could overcome what had led him to become embroiled in this situation.

I deeply believe that Nick wants to make good with society for what he has done. That is why he voluntarily turned himself over to authorities. I hope you can see that with his character, his intellect, his accomplishments, and his attributes, Nick has turned away from these aberrations in his behavior and truly wishes to be a contributing member of society. I ask the court's mercy on him and that it look at the broader scope of his life and who he is. I appreciate any and all considerations you can give him.

Signed,

Beatrice Pavia (mother)