**Caitlin May**

| | |
|---|---|
| **From:** | Joe Pavia <joepavia1@outlook.com> |
| **Sent:** | Friday, January 27, 2023 11:59 AM |
| **To:** | Bria Barr; Caitlin May |
| **Subject:** | Dominic Pavia's Sweetheart |

Nick's live-in girlfriend sent me a completely unsolicited letter describing the person Nick has been while he lived the last 9 years in China. This is also the Nick everyone in his American life has known, but obviously he had a hidden side in the past which led to his arrest years ago. I want Scott to understand this is the person he will be fighting for when he negotiates a resolution of this case. See the letter below.

***Joe Pavia***
***joepavia1@outlook.com***

---

**From:** Ji Nancy <nan888jn@live.cn>
**Sent:** Thursday, January 26, 2023 9:02 PM
**To:** Joe Pavia <joepavia1@outlook.com>
**Subject:** 回复: Nick update

Nick has been nothing but a great, helpful, polite, loving, caring and loyal teacher, friend and man. He has been changed a great deal to be a better person. He was willing to persure a better career path by working really hard, have a better living habbit by drinking less, smoking less and eating healthier. All of his friends loved him and were happy around him and all of his employers spoke well about him. I hope the judge can have some sympathy and understand that yes Nick was absent from the county for nine years, but he also has been suffering with regreat and loss.And he went back to surrender voluntarily. Hope to hear good news about her decision.

I'm happy to hear that Nick can have some accompanies in the jail. I understand that international calls are not allowed given the situation.

Nick's birthday is on 3rd, Fed, when you guys visit him next week, please tell him that I miss him and I'm doing well. I will go back to Nanjing next week too and start working on job hunting. Happy birthday to Nick and I love him as always.

I hope you guys are also doing well too!

Nancy

从 Windows 版邮件发送

---

**发件人:** Joe Pavia <joepavia1@outlook.com>
**发送时间:** Friday, January 27, 2023 4:39:40 AM
**收件人:** Ji Nancy (nan888jn@live.cn) <nan888jn@live.cn>
**主题:** Nick update

A hearing was held on the possibility of Nick's release pending trial. The judge was concerned about Nick's absence from the country for nine years. But she was also impressed that he voluntarily surrendered. She

asked for more information about what Nick has been doing for all these years and said she will probably decide early next week.

Nick is now in a jail with much nicer conditions. He can interact with other people. We will try to visit him next week. He can call us, but he says international calls are not allowed.

We hope you are doing well despite everything.

Joe

***Joe Pavia***
***joepavia1@outlook.com***