UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S1-4:14-CR00372-1 JAR |
| | ) | |
| DOMINIC PAVIA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF PENDING**
**PARTIES' JOINT MOTION FOR RESTITUTION**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Dianna R. Collins, Assistant United States Attorney for said District, and hereby advise the Court that the parties have conferred and tentatively reached an agreement with regard to restitution. The undersigned is hopefully that the parties will file a joint motion for restitution with this Court in the coming days.

Respectfully submitted:

SAYLER A. FLEMING
United States Attorney

*s/Dianna R. Collins*
DIANNA R. COLLINS, 59641MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

s/ *Dianna R. Collins*
DIANNA R. COLLINS, #59641 MO
Assistant United States Attorney