UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S1-4:14-CR00372-1 JAR |
| | ) | |
| DOMINIC PAVIA, | ) | |
| | ) | |
| Defendant. | ) | |

**PARTIES' JOINT MOTION FOR RESTITUTION**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Dianna R. Collins, Assistant United States Attorney for said District, along with defendant Dominic Pavia, hereby jointly advise the Court that the parties have conferred and reached an agreement with regard to restitution.

1. Defendant, Dominic Pavia, was sentenced by this Court on February 21, 2024. Due to various reasons, on this date, the parties had not reached an agreement with respect to restitution. However, the defendant agreed, on this date to the Court, that he was responsible for restitution to fifteen victims.

2. The Court issued an Order giving the government 60 days to update the record on the issue of restitution with a final order of restitution ordered within 90 days. DCDs 59, 62.

3. The parties have conferred and reached an agreement regarding restitution. The parties agree that the defendant shall pay restitution in the amounts specified below. In exchange for defendant's agreement to make such payments, the government agrees to forgo all

other restitution claims.

4.

| Victim Name | Amount of Loss |
|---|---|
| | |
| "Cindy" Cindy Series | $3,000 |
| "Maureen" Lighthouse | $3,000 |
| "Ava" Sweet White Sugar Series | $3,000 |
| "Mya" Sweet White Sugar Series | $3,000 |
| "Pia" Sweet White Sugar Series | $3,000 |
| "Angela" Angela Series | $3,000 |
| "Susie" Lighthouse Series | $3,000 |
| "Henley" BluePillow1 Series | $3,000 |
| "Casseaopeia" Lighthouse Series | $3,000 |
| "Jenny" Jenny Series | $3,000 |
| "Jessica" Jessica Series | $3,000 |
| "Skylar" Jan_Socks3 Series | $3,000 |
| "Sally" Jan_Socks4 Series | $3,000 |
| "Lilly" Vicky Series | $3,000 |
| "Sarah" Marineland1 Series | $3,000 |
| | |
| Total Restitution: | $45,000 |

WHERFORE, the parties request that the Court enter an Amended Judgement to reflect the agreed-upon terms as set forth herein.

Respectfully submitted:

*/s/ Dianna R. Collins*

4/30/2024
Date

DIANNA R. COLLINS, 59641MO
Assistant United States Attorney

4/25/24
Date

DOMINIC PAVIA
Defendant

4/25/24
Date

61587

SCOTT ROSE
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

s/ *Dianna R. Collins*
DIANNA R. COLLINS, #59641 MO
Assistant United States Attorney